[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



RECEIVED
DEC 10 2024 BI
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LAMAR GARRETT

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

ARDC ATTORNEY
REGISTRATION &
DISCIPLINARY COMMISSION
OF THE SUPREME COURT
OF ILLINOIS

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

1:24-cv-12686
Judge Georgia N Alexakis
Magistrate Judge Jeffrey T. Gilbert
PC 8
Random/CAT. 3

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

  ✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: _____N/A Lamang Gamet_____

   B. List all aliases: _____N/A_____

   C. Prisoner identification number: _____N/A Y27543_____

   D. Place of present confinement: _____Menard_____

   E. Address: _711 E. Kaskaskia Street, Menard, IL 62259_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: _ARDC Tung wrote me back talking about lawyer inquiries_

   Title: _Attorney Registration & Disciplinary Commission of the Supreme Court of Illinois_

   Place of Employment: _Illinois Supreme Court_

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 3:24-cv-01829-SMY 10-22-24, 3:24-cv-01879-DWD, 3:24-cv-02533-SPM 11-26-24

B. Approximate date of filing lawsuit: 10-22-24, 08-13-24, 11-26-24

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Anthony Watts, [illegible], Lamont "Corleone" Jr.

D. List all defendants: Menard, Dr. Cuneo, Anthony Wills

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Southern & State Southern Court

F. Name of judge to whom case was assigned: Staci M. Yandle & Judge David W. Dugan, Stephen P. McGlynn

G. Basic claim made: False Imprisonment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

24-2533-SPM Received Filed 11/26/24 page 1 of 12 Document with only page 1 facts

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. Statement of Claim: 3:24-CV-01879 DWD
Murder 1, 75 yr. Gun Enhancement, February 26, 2017

IV. Statement of Claim: ARDC wrote letter 8-17-2024, out 8-19-24 (MENARD MAIL) The Commission administered False which reimburses claimants who have suffered losses caused by the dishonest conduct of disciplined attorney advertisement. Awards are paid out of the Client Protection Trust Fund which is supported by registration fees paid by Illinois attorneys. Under Supreme Court rules, a disciplined attorney must reimburse the Fund prior to the termination of any suspension or disbarment.

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. Statement of Claim: 3:24-cv-01829-JMY

On November 9, 2015 The order appointed Dr. Daniel Cuneo to evaluate the fitness of the defendant to stand trial. Dr. Rajendra Gupta, May 17, 2016 The Defendant was still unfit to stand trial. On September 13, 2016 the judge entered an order in which he noted that the the parties stipulated to the expertise of Dr. Nageswararao Vallabhaneni dated July 25, 2016 The report which is likewise is included in the record on appeal. Dr. Cuneo noted that jail, the defendant was receiving Haldol, Cogentin, and Zoloft, and Dr. Cuneo, stated that his diagnosis for the defendant was "Schizophrenia, Cannabis Use Disorder, in a Controlled Environment, Cocaine Use Disorder in a Controlled Environment, Phencyclidine Use Disorder in a Controlled Environment, [and] Borderline Intellectual Functioning

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

30 Million Dollars - $40 million Dollars & All property in Chicago

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Dec. day of 04, 20 24

Lamarc Garrett

(Signature of plaintiff or plaintiffs)

Lamarc Garrett
(Print name)

427447
(I.D. Number)

711 East Kaskaskia Street, Menard
IL. 62259
(Address)

Lamarr Robert Garrett Sr. Y27963 N2-1123
7112A51 Kaskaskia Street
Menard Correctional Center P.O. Box #1000
Menard, I.L. 62259

Correspondence from in custody

Legal Mail

US POSTAGE PITNEY BOWES
ZIP 62259 $002.31⁰
02 4W
0000387519 DEC 05 2024

12/10/2024-23

Prisoner Correspondent,
United States District Court,
219 S. Dearborn Street,
Chicago, I.L. 60604

RECEIVED
DEC 10 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Legal Mail